160 So. 646

Camille V. TREIGLE v. THRIFT HOME-
STEAD ASSOCIATION.

No. 33071.

March 4, 1935.

Rehearing Denied April 1, 1935.

A. D. Danziger, P. H. Stern, D. H. Theard, Legier, McEnerny & Waguespack, Carroll, McCall & Plough, Weiss, Yarrut & Stich, J. G. Dempsey, Jr., D. J. Murphy, and Hyman Mithoff, all of New Orleans, for appellant.

Alex W. Swords, A. Giffen Levy, and Hugh M. Wilkinson, all of New Orleans, for appellee.

O'NIELL, Chief Justice.

This is one of the cases mentioned in the opinion rendered today in the case of Camille V. Treigle v. Acme Homestead Association, 181 La. 941, 160 So. 637.

For the reasons given in that case, the judgment appealed from is annulled and reversed, and the demand of the plaintiff is rejected, and his suit dismissed at his cost.

ODOM, J., dissents.

160 So. 647

TREIGLE SASH FACTORY, Inc., v. CON-
SERVATIVE HOMESTEAD AS-
SOCIATION.

No. 33072.

March 4, 1935.

Rehearing Denied April 1, 1935.

Weiss, Yarrut & Stich, D. H. Theard, Legier, McEnerny & Waguespack, Carroll, McCall & Plough, A. D. Danziger & P. H. Stern, J. G. Dempsey, Jr., D. J. Murphy, J. Zach Spearing, Scott E. Beer, and Hyman Mithoff, all of New Orleans, for appellant.

Alex W. Swords, A. Giffen Levy, and Hugh Wilkinson, all of New Orleans, for appellee.

O'NIELL, Chief Justice.

This is one of the cases mentioned in the opinion rendered today in the case of Camille V. Treigle v. Acme Homestead Association, 181 La. 941, 160 So. 637.

For the reasons given in that case, the judgment appealed from is annulled and reversed, and the demand of the plaintiff is rejected, and its suit dismissed at its cost.

ODOM, J., dissents.